# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

Marilyn Kelly,
Chief Justice

140377 & (76)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 140377
                                       COA: 284363
                                       Allegan CC: 07-015434-FH

JOSEPH ARTHUR KETOLA,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719